UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Shavers,

      Plaintiff,

v.

Robert Crompton, et al.,

      Defendants.

_____/

Case No. 2:26-cv-12513
Honorable Linda V. Parker

**ORDER TRANSFERRING CASE TO THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

This is a civil rights action filed under 42 U.S.C. § 1983.  Plaintiff Michael

Shavers is a state prisoner confined at the Oaks Correctional Facility in Manistee,

Michigan.  Having reviewed the Complaint, the Court concludes that venue is not

proper in this district and transfers the case to the United States District Court for

the Western District of Michigan pursuant to 28 U.S.C. § 1406(a).

The proper venue for civil actions in which jurisdiction is not based on

diversity of citizenship is the judicial district where: (1) any defendant resides if all

defendants reside in the same state; (2) a substantial part of the events or omissions

giving rise to the claim occurred or a substantial part of the property in question is

situated; or (3) any defendant may be found if there is no other district in which

plaintiff may bring the action.  *See* 28 U.S.C. § 1391(b).  Public officials "reside"

in the county where they serve.  *See O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972).  "[T]he court must determine whether the case falls within one of the three categories set out in § 1391(b).  If it does, venue is proper; if it does not, venue is improper."  *Atl. Marine Constr. Co. v. U.S. Dist. Ct. for W. Dist. Of Tex.*, 571 U.S. 49, 55 (2013).  If venue is improper in the district where a case is filed, but would be proper in another district, "a district court has the power to *sua sponte* transfer [the] case" under § 1406(a).  *Cosmichrome, Inc. v. Spectra Chrome, LLC*, 504 F. App'x 468, 472 (6th Cir. 2012).

Plaintiff names eight defendants in his Complaint, all of whom are employed at the Oaks Correctional Facility in Manistee County, Michigan, where the events giving rise to Plaintiff's claims occurred.  Manistee County is in the Western District of Michigan.  *See* 28 U.S.C. § 102(b)(1).  Because Defendants are in the Western District and the events giving rise to this action arose there, venue is improper in this district.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is transferred to the United States District Court for the Western District of Michigan.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 5, 2026

2